# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

ARTHUR GOULD, :
:
       Plaintiff :
:
vs. :
:
GDOC Commissioner BRIAN OWENS, : NO. 5:10-CV-154 (CAR)
:
       Defendant : **O R D E R**

    Plaintiff **ARTHUR GOULD**, presently an inmate at Central State Prison in Macon, Georgia, has filed a "Motion to Reconsider" (Tab # 12), in which he asks this Court to reconsider its order dated June 14, 2010. The Court's June 14th order dismissed plaintiff's complaint because plaintiff failed to state a claim against his only named defendant, Georgia Department of Corrections Commissioner Brian Owens. Plaintiff's claims related to his prior confinement at Rutledge State Prison ("RSP") and Valdosta State Prison ("VSP"). Plaintiff's complaint was dismissed without prejudice and the Court advised plaintiff that he would be allowed to refile separate complaints for his separate claims arising at the two different prisons.

    Instead of filing new complaints, plaintiff has filed the instant motion to reconsider, along with motions to amend (Tab # 13) and to change the caption to add new defendants (Tab # 14). In his motion to reconsider, plaintiff states, in summary fashion, that Owens has "knowledge of all the issues that was raised in the original complaint."

    As this Court previously stated, plaintiff may pursue his claims arising out of RSP and VSP. However, he may not do so in a single action and plaintiff's complaint must be filed in the proper divisions. Specifically, he must file his lawsuit against RSP defendants in the Columbus Division

of this Court and his lawsuit against VSP defendants in the Valdosta Division of this Court. In addition to these defendants, plaintiff may name Commissioner Owens in either or both lawsuits, if he so desires.

In light of the foregoing, plaintiff's motion to reconsider is hereby **DENIED**. Plaintiff's additional motions at Tab #s 13 and 14 have been rendered moot by the issuance of this order and are likewise **DENIED**.

**SO ORDERED**, this 21st day of July, 2010.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, JUDGE  
UNITED STATES DISTRICT COURT

cr